|   |   |
|---|---|
| 1 | Manfred Muecke (SBN: 222893) |
| 2 | mmuecke@manfredapc.com |
|   | **MANFRED, APC** |
| 3 | 600 West Broadway, Suite 700 |
| 4 | San Diego, CA 92101 |
|   | Telephone: (619) 550-4005 |
| 5 | Facsimile: (619) 550-4006 |

Attorneys for Plaintiff Kent Delphia,
and the putative class

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| KENT DELPHIA | **Case No.:** 1:23−CV−00819−HBK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| ARCADIA CONSUMER HEALTHCARE, INC. | |
| Defendant. | |

Plaintiff Kent Delphia ("Plaintiff") respectfully informs the Court that Plaintiff and Defendant Arcadia Consumer Healthcare, Inc., have reached a confidential settlement of Plaintiff's individual claims. Thus, Plaintiff hereby voluntarily dismisses his claims in this matter with prejudice and without prejudice to any putative class member.

Dated: July 28, 2023

By:   s/*Manfred P. Muecke*
Manfred Muecke (SBN: 222893)
mmuecke@manfredapc.com
**MANFRED, APC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 550-4005
Facsimile: (619) 550-4006